IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 26 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

| | |
|---|---|
| LT. COL. CLARENCE LEE, SR. and ANGELIA LEE, both individually and as next friends of C.L., a minor<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | CIVIL ACTION NO.<br>SA-08-CA-531-OG |

## FINAL JUDGMENT

In accordance with the Court's findings of fact and conclusions of law, the Court enters this final judgment as follows:

It is ORDERED that judgment is entered in favor of Plaintiffs and against Defendant, and Plaintiffs shall recover damages in the amount of FIVE MILLION ONE HUNDRED AND THIRTEEN THOUSAND FIVE HUNDRED TWENTY-THREE AND 00/100 ($5,113,523.00) DOLLARS.[1]

It is further ORDERED that Plaintiffs recover their taxable costs of court as prevailing party upon the filing of a bill of costs. *See* 28 U.S.C. § 1920.

---

[1] Attorneys fees in an amount not to exceed 25% of the total amount of damages awarded herein will be paid out of the total amount of the judgment. *See* 28 U.S.C. § 2678.

1

It is further ORDERED that Plaintiffs recover post judgment interest on the amounts awarded herein at a rate of .11 percent per annum, from the date of judgment until paid. *See* 28 U.S.C. § 1961.

SIGNED AND ENTERED this 26 day of July, 2013.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE