Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 1 of 11
Case: 13-50905   Document: 00512578107   Page: 40   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 1 of 11 PageID# 14

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW L. CIBULA, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:05-CV-01386 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

[FILED stamp: JUN 1 9 2012, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA]

## CONSENT ORDER

Upon remand from the United States Court of Appeals for the Fourth Circuit, pursuant to *Cibula v. United States*, 664 F.3d 428 (4th Cir. 2012), and having considered the submissions of the parties and the entire record, it is ORDERED that the parties' Proposed Consent Order is hereby entered.

It is FURTHER ORDERED in accordance with the JUDGMENT, dated March 27, 2007, that the total amount remaining to be disbursed is $25,184,489, which consists of the present value sum $22,823,718 for future care needs (of which $1,687,500 shall be classified and paid as "the future care payments for years 2007 through 2011") and the present value sum of $2,360,771 for lost future earnings.

It is FURTHER ORDERED that SunTrust Bank is hereby appointed Trustee of the "J.C. Reversionary Trust."

It is FURTHER ORDERED that within 90 days of this Order, the United States shall deposit into the IOLTA Trust Account of Klores, Perry, Mitchell, P.C., the total sum of $25,184,489 to be paid by Klores, Perry, Mitchell, P.C., as follows:

1. To Captain Andrew Cibula and Mrs. Jennifer Cibula, the Co-Trustees of the Cibula

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 2 of 11
Case: 13-50905   Document: 00512578107   Page: 41   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 2 of 11 PageID# 15

Family Trust, the sum of $1,770,579, which represents the net of the award for the lost future earnings after deducting 25% attorneys' fees.

2. To SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," the sum of $15,430,289, which represents the net of the award for future care needs after deducting 25% attorneys' fees and the future care payments for years 2007 through 2011.

3. To Captain Andrew Cibula and Mrs. Jennifer Cibula, Co-Trustees of the Cibula Family Trust, the sum of $1,687,500, which represents the net of the future care payments for years 2007 through 2011.

4. To Klores, Perry, Mitchell, P.C., the sum of $6,296,122, which represents attorneys' fees of 25% of the awards for future care needs and lost future earnings.

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall deposit the sum of $15,430,289 received by Klores, Perry, Mitchell, P.C., in a separate segregated account for the sole and exclusive purpose of making the payments authorized by this Order. SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall not co-mingle the $15,430,289, and any interest or dividends thereon, with any other funds or assets, including any other funds or assets of Plaintiff J.C.

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall make the payments specified in the schedule of future annual payments (hereinafter "Schedule") appended hereto as Appendix A on the dates, and in the amounts, stated in said Schedule.

It is FURTHER ORDERED that said Schedule is fixed and unmodifiable and that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall have no power or authority to deviate from the dates and amounts stated in said Schedule.

Case 5:08-cv-00531-OLG Document 136-2 Filed 12/23/14 Page 3 of 11
Case: 13-50905 Document: 00512578107 Page: 42 Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ Document 121 Filed 06/19/12 Page 3 of 11 PageID# 16

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall make no payments from the "J.C. Reversionary Trust" except (1) those payments specified in said Schedule on the dates and in the amounts stated therein, regardless of Plaintiff J.C.'s medical or other needs, and (2) its trustee fees. SunTrust Bank shall be entitled to receive said fees based on the trust corpus in accordance with its published fee schedule in effect when services are rendered, the current published Schedule of Annual Fees is appended hereto as Appendix B.

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall pay said future annual payments until the date of Plaintiff J.C.'s death, the final payment stated in the Schedule at the expiration of 64.8 years, or the depletion of the trust corpus, whichever occurs first. Said future annual payments shall be made payable to Plaintiff J.C.'s parents in the absence of a court order to the contrary.

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall provide the United States of America with written notice at time each future annual payment is made providing the date and amount of each such payment and a periodic statement of account activities on a minimum of an annual basis. The notice and periodic statement of account to be provided to the United States shall be mailed to the following address, or upon written notice, any subsequent change of address: Director, Torts Branch (FTCA Staff), Civil Division, United States Department of Justice, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

It is FURTHER ORDERED that upon the death of Plaintiff J.C., upon the final payment stated in the Schedule, or the depletion of the trust corpus, whichever occurs first, SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall cease making the

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 4 of 11
Case: 13-50905   Document: 00512578107   Page: 43   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 4 of 11 PageID# 17

periodic payments.

It is FURTHER ORDERED that, in the event funds remain in the trust corpus at the death of Plaintiff J.C. or upon the final payment stated in the Schedule, whichever occurs first, SunTrust Bank, the Court-Appointed Trustee, of the "J.C. Reversionary Trust" shall pay the entire balance of the trust corpus to the United States of America. The payment shall be made payable to the United States Treasury, fbo Andrew L. Cibula, et al., and mailed to the following address, or upon written notice, any subsequent change of address: Director, Torts Branch (FTCA Staff), Civil Division, United States Department of Justice, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

It is FURTHER ORDERED that SunTrust Bank, the Court-Appointed Trustee of the "J.C. Reversionary Trust," shall make no payments from the "J.C. Reversionary Trust" except those expressly Ordered above.

It is FURTHER ORDERED that, upon the death of Plaintiff J.C., the Plaintiffs, including the heirs and beneficiaries of Plaintiff J.C.'s estate, shall provide to the Clerk of this Court, the Court-Appointed Trustee of the "J.C. Reversionary Trust," and the United States a certified death certificate within ten (10) days of the date of Plaintiff J.C.'s death. The certified death certificate shall be mailed to the United States at the following address, or upon written notice, any subsequent change of address: Director, Torts Branch (FTCA Staff), Civil Division, United States Department of Justice, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

It is FURTHER ORDERED that the net sum previously paid by the United States to the Plaintiffs in satisfaction of J.C.'s pain and suffering award ($187,500) currently held in the escrow account of Plaintiffs' counsel may be paid to the Cibula Family Trust.

Case 5:08-cv-00531-OLG Document 136-2 Filed 12/23/14 Page 5 of 11
Case: 13-50905 Document: 00512578107 Page: 44 Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ Document 121 Filed 06/19/12 Page 5 of 11 PageID# 18

06-18-'12 14:25 FROM- Thompson Wildhack       703-297-0082        T-    J P0001/0001 F-191

WE ASK FOR THIS:

_/s/ Andrew L. Cibula_
ANDREW L. CIBULA, Plaintiff

_/s/ Jennifer L. Cibula_
JENNIFER L. CIBULA, Plaintiff

_/s/ Bruce J. Klores_
BRUCE J. KLORES, Esq.
THOMAS W. MITCHELL, Esq.
Attorneys for Plaintiffs

_/s/ Kelly A. Thompson_
KELLY THOMPSON, Esq.
Court-Appointed Guardian Ad Litem for J.C.

SunTrust Bank
Court-Appointed Trustee

By: _____
[TITLE OF CORPORATE OFFICER]

_/s/ Bridget Bailey Lipscomb_
R. JOSEPH SHER, Esq.
BRIDGET BAILEY LIPSCOMB, Esq.
Attorneys for the United States of America

SO ORDERED:

                                /s/
Dated: June 19, 2012          _____
                              Gerald Bruce Lee
                              United States District Judge
                              HONORABLE GERALD BRUCE LEE
                              United States District Judge

5

Case 5:08-cv-00531-OLG Document 136-2 Filed 12/23/14 Page 6 of 11
Case: 13-50905 Document: 00512578107 Page: 45 Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ Document 121 Filed 06/19/12 Page 6 of 11 PageID# 19

WE ASK FOR THIS:

_____
ANDREW L. CIBULA, Plaintiff

_____
JENNIFER L. CIBULA, Plaintiff

_____
BRUCE J. KLORES, Esq.
THOMAS W. MITCHELL, Esq.
Attorneys for Plaintiffs

_____
KELLY THOMPSON, Esq.
Court-Appointed Guardian Ad Litem for J.C.

SunTrust Bank
Court-Appointed Trustee

By: _____, Senior Vice President
[TITLE OF CORPORATE OFFICER] David W. Kester

_____
R. JOSEPH SHER, Esq.
BRIDGET BAILEY LIPSCOMB, Esq.
Attorneys for the United States of America

SO ORDERED:

Dated:_____

_____
HONORABLE GERALD BRUCE LEE
United States District Judge

5

Case 5:08-cv-00531-OLG Document 136-2 Filed 12/23/14 Page 7 of 11
Case: 13-50905 Document: 00512578107 Page: 46 Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ Document 121 Filed 06/19/12 Page 7 of 11 PageID# 20

# APPENDIX A

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 8 of 11
Case: 13-50905   Document: 00512578107   Page: 47   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 8 of 11 PageID# 21

## Present Value Calculation

| | Revised |
|---|---|
| Analysis Date | 12-Jun-12 |
| Discount Rate | 4.250% |
| Present Value Date: | 27-Mar-07 |
| Present Value Target: | $ 17,117,789 |
| Up Front Payment | $ 1,687,500 |
| PV of Up Front Payment | $ 1,345,674 |
| Revised Target Payment PV | $ 15,772,115 |
| Revised Payment PV: | $ 17,117,789 |

### Payment Schedule

| Payment Number | Payment Date | Payment | Days | Exponent | PV |
|---|---|---|---|---|---|
| 0 | 27-Mar-07 | $ - | - | - | $ - |
| 1 | 1-Nov-07 | $ - | 219 | 0.60 | $ - |
| 2 | 1-Nov-08 | $ - | 585 | 1.60 | $ - |
| 3 | 1-Nov-09 | $ - | 950 | 2.60 | $ - |
| 4 | 1-Nov-10 | $ - | 1,315 | 3.60 | $ - |
| 5 | 1-Sep-12 | $ 1,687,500 | 1,985 | 5.44 | $ 1,345,674 |
| 6 | 1-Nov-12 | $ 156,805 | 2,046 | 5.61 | $ 124,176 |
| 7 | 1-Nov-13 | $ 199,089 | 2,411 | 6.61 | $ 151,233 |
| 8 | 1-Nov-14 | $ 155,413 | 2,776 | 7.61 | $ 113,243 |
| 9 | 1-Nov-15 | $ 372,865 | 3,141 | 8.61 | $ 260,614 |
| 10 | 1-Nov-16 | $ 407,531 | 3,507 | 9.61 | $ 273,200 |
| 11 | 1-Nov-17 | $ 416,291 | 3,872 | 10.61 | $ 267,696 |
| 12 | 1-Nov-18 | $ 427,103 | 4,237 | 11.61 | $ 263,452 |
| 13 | 1-Nov-19 | $ 443,637 | 4,602 | 12.61 | $ 262,495 |
| 14 | 1-Nov-20 | $ 483,485 | 4,968 | 13.61 | $ 274,379 |
| 15 | 1-Nov-21 | $ 491,988 | 5,333 | 14.61 | $ 267,822 |
| 16 | 1-Nov-22 | $ 507,653 | 5,698 | 15.61 | $ 265,083 |
| 17 | 1-Nov-23 | $ 528,262 | 6,063 | 16.61 | $ 264,599 |
| 18 | 1-Nov-24 | $ 554,424 | 6,429 | 17.61 | $ 266,352 |
| 19 | 1-Nov-25 | $ 576,239 | 6,794 | 18.61 | $ 265,546 |
| 20 | 1-Nov-26 | $ 614,176 | 7,159 | 19.61 | $ 271,491 |
| 21 | 1-Nov-27 | $ 650,126 | 7,524 | 20.61 | $ 275,666 |
| 22 | 1-Nov-28 | $ 660,274 | 7,890 | 21.62 | $ 268,525 |
| 23 | 1-Nov-29 | $ 686,545 | 8,255 | 22.62 | $ 267,826 |
| 24 | 1-Nov-30 | $ 720,313 | 8,620 | 23.62 | $ 269,544 |
| 25 | 1-Nov-31 | $ 759,862 | 8,985 | 24.62 | $ 272,751 |
| 26 | 1-Nov-32 | $ 785,861 | 9,351 | 25.62 | $ 270,553 |
| 27 | 1-Nov-33 | $ 817,720 | 9,716 | 26.62 | $ 270,044 |
| 28 | 1-Nov-34 | $ 883,847 | 10,081 | 27.62 | $ 279,943 |
| 29 | 1-Nov-35 | $ 892,148 | 10,446 | 28.62 | $ 271,091 |
| 30 | 1-Nov-36 | $ 949,039 | 10,812 | 29.62 | $ 276,590 |
| 31 | 1-Nov-37 | $ 973,411 | 11,177 | 30.62 | $ 272,127 |
| 32 | 1-Nov-38 | $ 1,022,401 | 11,542 | 31.62 | $ 274,171 |
| 33 | 1-Nov-39 | $ 1,063,132 | 11,907 | 32.62 | $ 273,471 |
| 34 | 1-Nov-40 | $ 1,115,558 | 12,273 | 33.62 | $ 275,227 |
| 35 | 1-Nov-41 | $ 1,205,020 | 12,638 | 34.62 | $ 285,178 |
| 36 | 1-Nov-42 | $ 1,217,276 | 13,003 | 35.62 | $ 276,335 |
| 37 | 1-Nov-43 | $ 1,266,560 | 13,368 | 36.62 | $ 275,901 |
| 38 | 1-Nov-44 | $ 1,329,484 | 13,734 | 37.63 | $ 277,669 |
| 39 | 1-Nov-45 | $ 1,382,069 | 14,099 | 38.63 | $ 276,841 |
| 40 | 1-Nov-46 | $ 1,467,706 | 14,464 | 39.63 | $ 282,054 |
| 41 | 1-Nov-47 | $ 1,508,192 | 14,829 | 40.63 | $ 278,018 |
| 42 | 1-Nov-48 | $ 1,620,184 | 15,195 | 41.63 | $ 286,454 |
| 43 | 1-Nov-49 | $ 1,647,241 | 15,560 | 42.63 | $ 279,365 |
| 44 | 1-Nov-50 | $ 1,728,661 | 15,925 | 43.63 | $ 281,222 |
| 45 | 1-Nov-51 | $ 1,817,276 | 16,290 | 44.63 | $ 283,585 |
| 46 | 1-Nov-52 | $ 1,886,557 | 16,656 | 45.63 | $ 282,363 |
| 47 | 1-Nov-53 | $ 1,962,867 | 17,021 | 46.63 | $ 281,807 |
| 48 | 1-Nov-54 | $ 2,060,514 | 17,386 | 47.63 | $ 283,766 |
| 49 | 1-Nov-55 | $ 2,185,122 | 17,751 | 48.63 | $ 288,659 |
| 50 | 1-Nov-56 | $ 2,271,573 | 18,117 | 49.64 | $ 287,813 |
| 51 | 1-Nov-57 | $ 2,338,007 | 18,482 | 50.64 | $ 284,154 |
| 52 | 1-Nov-58 | $ 2,455,586 | 18,847 | 51.64 | $ 286,277 |
| 53 | 1-Nov-59 | $ 2,555,629 | 19,212 | 52.64 | $ 285,570 |
| 54 | 1-Nov-60 | $ 2,680,104 | 19,578 | 53.64 | $ 287,463 |
| 55 | 1-Nov-61 | $ 2,813,553 | 19,943 | 54.64 | $ 289,473 |
| 56 | 1-Nov-62 | $ 2,976,325 | 20,308 | 55.64 | $ 293,736 |
| 57 | 1-Nov-63 | $ 3,043,531 | 20,673 | 56.64 | $ 288,124 |
| 58 | 1-Nov-64 | $ 3,195,116 | 21,039 | 57.64 | $ 290,110 |
| 59 | 1-Nov-65 | $ 3,322,015 | 21,404 | 58.64 | $ 289,335 |
| 60 | 1-Nov-66 | $ 3,518,135 | 21,769 | 59.64 | $ 293,925 |
| 61 | 1-Nov-67 | $ 3,626,136 | 22,134 | 60.64 | $ 290,597 |
| 62 | 1-Nov-68 | $ 3,808,449 | 22,500 | 61.64 | $ 292,732 |
| 63 | 1-Nov-69 | $ 4,021,333 | 22,865 | 62.64 | $ 296,494 |
| 64 | 1-Nov-70 | $ 1,247,131 | 23,230 | 63.64 | $ 88,203 |
| | | | | Total | 17,117,789 |

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 9 of 11
Case: 13-50905   Document: 00512578107   Page: 48   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 9 of 11 PageID# 22

# APPENDIX B

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 10 of 11
Case: 13-50905   Document: 00512578107   Page: 49   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 10 of 11 PageID# 23

## PRIVATE WEALTH MANAGEMENT

# Trust & Investment Management Accounts

## Schedule of Annual Fees

SunTrust Bank charges the following fees for its standard services to trust and investment management accounts each month.

### A fee based on the value of the account according to the following schedule:

| Annual Fees Minimum Annual Fee $12,000 | | Example of Annual Fees | | |
|---|---|---|---|---|
| Percentage Fee | Market Value | Market Value | Annual Fee | Average Annual Percentage Fee |
| 1.50% / year on the first | $1,000,000 | $1,000,000 | $15,000 | 1.50% |
| 0.90% / year on the next | $2,000,000 | $3,000,000 | $33,000 | 1.10% |
| 0.80% / year on the next | $2,000,000 | $5,000,000 | $49,000 | 0.98% |
| 0.50% / year on values over | $5,000,000 | $10,000,000 | $74,000 | 0.74% |

### Plus:
For irrevocable and testamentary trusts, and for asset protection trusts, a fee of 0.20% per year on the market value of the trust will be charged.

### Other Fees
- A distribution fee of up to 2% of the current value of an irrevocable trust account, and on an asset protection trust, will be charged for the distribution of assets to any individual or institution, other than the grantor or another account for which SunTrust acts in a fiduciary capacity.
- A processing fee of $500 will be charged when an account closes, if a distribution fee is not charged.
- Trust assets subject to post-mortem administrative services shall be subject to additional fees as identified in the standard Executor (Probate) schedule.
- SunTrust may use shares of investment funds affiliated or not affiliated with SunTrust in trust and investment management accounts. When these funds are used, the client will pay both the full SunTrust fee as outlined in this schedule and the expenses directly attributable and charged by the funds as outlined in their prospectuses.
- Accounts utilizing unaffiliated sub-advisors or investment managers are subject to SunTrust's standard fee schedule. In addition, these accounts are subject to fees that may be charged by the sub-advisors. SunTrust receives no additional monetary compensation for the use of these sub-advisors. These additional sub-advisor fees do not contribute to the SunTrust minimum fee.

### Extraordinary Services
SunTrust Bank will charge separately for extraordinary services not described in the governing document. Those charges may be based on hourly rates or upon the size, importance, difficulty and novelty of the service. The current hourly rates are:

**Advisors** $250 per hour                **Para-professionals** $125 per hour

Charges for litigation, real estate services including purchases & sales, closely held business interests, business valuations, continuation or liquidation of business interests, tax services, and other services not described in the governing document will be charged in accordance with SunTrust's published schedule of fees for such services applied at rates in effect at the time the services are rendered. Out of pocket expenses incurred by SunTrust on behalf of an account to facilitate its effective administration may also be charged against the account.

When SunTrust serves in a co-fiduciary capacity the full standard annual compensation shall apply.

This fee schedule may be changed from time to time after advance notice.



SUNTRUST
Live Solid. Bank Solid.

Case 5:08-cv-00531-OLG   Document 136-2   Filed 12/23/14   Page 11 of 11
Case: 13-50905   Document: 00512578107   Page: 50   Date Filed: 03/30/2014
Case 1:05-cv-01386-GBL-TRJ   Document 121   Filed 06/19/12   Page 11 of 11 PageID# 24

# PRIVATE WEALTH MANAGEMENT

# Privately Held Investments

## Schedule of Annual Fees

The fees listed below will be charged for ordinary duties performed in the management and sale of interests in real estate, mortgages, mineral interests, and closely held business interests. These fees, when applicable, are in addition to market value fees set forth in the fee schedules for the administration of various types of fiduciary and investment accounts. Additional fees may be charged for unusual or non-standard services, and will be based on the complexity of the service. Advance notice will be provided of any such fees.

## Trust Real Estate & Mortgage Management

### Issue Maintenance and Asset Management Fees:
- Per parcel or mortgage                                                                                          $300
- On the market value of the assets                                                                               0.50%
- Where SunTrust has been relieved through a written agreement, executed by SunTrust Bank and the Grantor, of its duty to manage the Grantor's occupied real estate asset held in the Grantor's Revocable Trust, a flat fee of $1000, per holding per year will be charged.

### Purchase and Sales Fee:
The fees that will be assessed for purchases or sales of interests in real estate and mortgages are as follows:
- Purchase or Sale, if property is listed with a broker                                                          3%
- Purchase or Sale unassisted                                                                                    6%
- Purchase or Tax Deferred Exchanges                                                                             6%
- Sale of Timber interests or other agricultural crops or allotments when negotiated by PHI                     10%

## Mineral Oil and Gas Interests Producing & Non-Producing Interests
- An annual maintenance fee per property or interest                                                             $300
- Percentage of net revenue collected                                                                            6%
- Lease negotiations (percentage of bonus)                                                                       6%
- Recovery of escheated funds                                                                                    6%
- Sale of interest (percentage of proceeds)                                                                      6%
- Distributions (percentage of market value)                                                                     5%

## Closely Held Business Interests

The following fees shall be charged for ordinary duties performed in the management of interests in non-stock exchange traded corporations, partnerships, limited liability companies, joint ventures and other such similar entities. These fees when applicable are in addition to market value fees set forth in the fee schedules for the administration of various types of fiduciary and investment accounts.

- When SunTrust has no investment management responsibility for the asset, the holding will be subject to a fee of $300 per holding per year.
- When SunTrust is responsible for the investment management of the asset, the holding will be subject to a fee of $300 per holding per year plus a fee of 0.50% of the asset's market value.
- When SunTrust provides advice or assistance in selling the asset a sales fee in the amount of 1% of the gross sales proceeds ($250.00 minimum fee) will be applied.
- When SunTrust, one of its affiliates, officers or employees serves as an officer, director, general partner, managing member or in a similar capacity of a closely held company there will be a fee of $5,000 per year.

This fee schedule may be changed from time to time after advance notice.



**SUNTRUST**
Live Solid. Bank Solid.

[illegible fine-print disclosure at bottom of page]