IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLARENCE LEE, SR. and ANGELIA LEE both individually and as next friends of C.L., a minor,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | § § § § § § § § § § § § § | No. 5:08-cv-531-OLG |

### DECLARATION OF JAMAL K. ALSAFFAR

My name is Jamal K. Alsaffar and I am of sound mind and body. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am the attorney for the Lees, the Plaintiffs in the above styled action. I have personal knowledge of the facts stated in this declaration.
2. I have attached to this declaration, and incorporate herein, an itemized list of costs and expenses that have been incurred in the administrative, discovery, trial, and appellate portions of the above styled action. These costs are correctly stated, were incurred pursuant to an agreement with my clients, and were reasonably, necessarily, and actually incurred in the work up of this case.

_12/19/2014_
Date

_[signature]_
Jamal K. Alsaffar,
jalsaffar@nationaltriallaw.com
Texas State Bar #2402719

1

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 2 of 17

Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| **Case Expenses** | | | | |
| **Lee** | | | | |
| 11/18/2006 | | Fed Ex | Postage | 34.20 |
| 11/22/2006 | | USPS 4879830190    AUSTIN | Postage | 13.12 |
| 11/23/2006 | | Fed Ex | Postage | 32.45 |
| 05/14/2007 | 6069 | Pam Fyfe | Lee | 37.50 |
| 05/29/2007 | 6134 | Pam Fyfe | Lee | 25.00 |
| 06/28/2007 | 6287 | Pam Fyfe | Lee | 37.50 |
| 10/16/2007 | Interest | | Interest | 0.90 |
| 11/07/2007 | Interest | | Interest | 0.90 |
| 11/14/2007 | 7186 | Pam Fyfe | Lee | 100.00 |
| 11/29/2007 | 7226 | Pam Fyfe | Lee | 25.00 |
| 12/05/2007 | Interest | | Intterest | 0.90 |
| 01/04/2008 | Interest | | Interest | 0.90 |
| 01/30/2008 | 7402 | Pam Fyfe | Lee | 62.50 |
| 02/01/2008 | Interest | | Interest | 0.90 |
| 03/04/2008 | Interest | | Interest | 0.90 |
| 03/11/2008 | 7503 | Pam Fyfe | Lee | 50.00 |
| 04/01/2008 | Interest | | Interest | 0.90 |
| 04/24/2008 | 7639 | Harley M. Rotbart, MD | Expert | 3,000.00 |
| 04/25/2008 | | USPS 4879830190    AUSTIN | Postage | 10.20 |
| 05/01/2008 | 7653 | Pam Fyfe | Lee | 62.50 |
| 05/01/2008 | Interest | | Interest | 0.90 |
| 05/29/2008 | 7717 | Pam Fyfe | Lee | 12.50 |
| 06/02/2008 | Interest | | Interest | 0.90 |
| 06/30/2008 | 7838 | Clerk , U.S. District Court | Lee | 350.00 |
| 07/01/2008 | Interest | | Interest | 0.90 |
| 07/30/2008 | 7918 | Pam Fyfe | Lee | 62.50 |
| 08/01/2008 | Interest | | Interest | 0.90 |
| 08/26/2008 | 7986 | Steven L Shore, MD | Retainer | 1,000.00 |
| 08/28/2008 | 8000 | Pam Fyfe | Lee | 25.00 |
| 09/06/2008 | Interest | | Interest | 24.75 |
| 09/10/2008 | Postage | | Postage | 4.80 |
| 10/01/2008 | Interest | | Interest | 24.75 |
| 10/20/2008 | 050731-00 | Steven L Shore, MD | Lee | 125.00 |
| 11/05/2008 | Interest | | Interest | 25.65 |
| 11/18/2008 | | | TKT# 0052174847144371380602451525 | 308.00 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 3 of 17

# Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | | Paid Amount |
|---|---|---|---|---|---|
| 11/18/2008 | | | TKT# 00521748471453713806024515 25 | | 308.00 |
| 11/18/2008 | | | TKT# 00521748471463713806024515 25 | | 308.00 |
| 12/02/2008 | Interest | | Interest | | 25.77 |
| 12/10/2008 | Postage | | Postage | | 3.02 |
| 12/10/2008 | Postage | | Postage | | 12.95 |
| 12/10/2008 | Postage | | Postage | | 7.77 |
| 12/15/2008 | 8265 | Pam Fyfe | Lee | | 37.50 |
| 12/16/2008 | | COURTYARD | 00001512000 LODGING371380602451525 | | 127.26 |
| 12/16/2008 | | | TKT# 00521759353993713806024515 25 | | 358.00 |
| 12/16/2008 | | | TKT# 00521759354003713806024515 25 | | 358.00 |
| 12/16/2008 | | | TKT# 52685164983093713806024515 25 | | 147.50 |
| 12/16/2008 | | | TKT# 52685164983103713806024515 25 | | 147.50 |
| 12/18/2008 | | | TKT# 52685164983093713806024515 25 | | -147.50 |
| 12/18/2008 | | | TKT# 52685164983103713806024515 25 | | -147.50 |
| 01/02/2009 | 010209 | Rehabilitation Professional Consultants | Lee | | 960.00 |
| 01/02/2009 | Interest | | Interest | | 61.66 |
| 01/05/2009 | 8346 | Sharon P Andreoli, MD | Lee | | 1,000.00 |
| 01/07/2009 | | | 86109895297LEE | 46202371380602454008 | 70.57 |
| 01/08/2009 | | | 86109895298LEE | 60302371380602454008 | 56.45 |
| 01/09/2009 | 070380 | Houston Academy of Medicine | Lee | | 12.00 |
| 01/14/2009 | 8370 | Pam Fyfe | Lee | | 100.00 |
| 01/23/2009 | 011509 | Sharon P Andreoli, MD | Lee | | 3,875.00 |
| 01/29/2009 | 8427 | Pam Fyfe | Lee | | 50.00 |
| 01/30/2009 | 414445 | Steven L Shore, MD | Lee | | 1,350.00 |
| 02/03/2009 | 020309 | Thomas Mayor, PhD | Lee | | 1,625.00 |
| 02/03/2009 | Interest | | Interest | | 87.54 |
| 02/04/2009 | | | 86109895314LEE | 78216371380602455005 | 21.87 |
| 02/05/2009 | 995426 | Rehabilitation Professional Consultants | Lee | | 9,500.00 |
| 02/13/2009 | Postage | | POstage | | 9.85 |
| 03/02/2009 | Interest | | Interest | | 171.54 |
| 03/05/2009 | 3-39304 | Legal Partners | Lee | | 138.55 |
| 03/05/2009 | 3-40076 | Legal Partners | Lee | | 122.50 |
| 03/10/2009 | 030409 | Chris Clardy, MD | Lee | | 3,000.00 |
| 03/30/2009 | 3-42141 | Legal Partners | Lee | | 82.50 |
| 04/01/2009 | Interest | | Interest | | 194.82 |
| 04/03/2009 | 104677 | Texas Medical Association | Lee | | 10.88 |
| 04/14/2009 | 8643 | Pam Fyfe | Lee | | 250.00 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 4 of 17

Archuleta & Associates, P.C.
Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 04/29/2009 | 8675 | Pam Fyfe | Lee | 400.00 |
| 05/04/2009 | Interest | | Interest | 198.20 |
| 05/05/2009 | Postage | | Postage | 10.10 |
| 05/12/2009 | 0741052 | Houston Academy of Medicine | Lee | 176.00 |
| 05/14/2009 | 3-44722 | Legal Partners | Lee | 1,000.44 |
| 05/14/2009 | 8711 | Pam Fyfe | Lee | 525.00 |
| 05/14/2009 | | Southwest Airlines Dallas | TKT# 5262129680385371380602451525 | 79.60 |
| 05/14/2009 | | UNITED AIRLINES     MANKATO | TKT# 0167469146711371380602451525 | 135.60 |
| 05/16/2009 | | LexisNexis | Reference Material | 441.44 |
| 05/19/2009 | 8730 | Lee Harrison, MD | Retainer | 3,000.00 |
| 05/19/2009 | | CONTINENTAL AIRLINES | TKT# 0052183490878371380602451525 | 708.70 |
| 05/19/2009 | | Northwest Airlines | TKT# 0127563232866371380602451525 | 503.20 |
| 05/19/2009 | | Southwest Airlines Dallas | TKT# 5262130616084371380602451525 | 159.60 |
| 05/21/2009 | 3-44735 | Legal Partners | Lee | 238.00 |
| 05/22/2009 | | Fed Ex | Postage | 83.76 |
| 05/23/2009 | | DELTA AIR LINES | TKT# 0060769678238371380602451525 | 20.00 |
| 05/23/2009 | | DELTA AIR LINES | TKT# 0062169679998371380602451525 | 553.20 |
| 05/23/2009 | | DELTA AIR LINES | TKT# 0062502140771371380602451525 | 15.00 |
| 05/23/2009 | | Manderin Express | Meal | 11.41 |
| 05/23/2009 | | Marriott Hotel | 296     850-236-6000371380602451525 | 263.02 |
| 05/24/2009 | | AUSTIN CAB INC    AUSTIN | TAXICAB & LIMOUSINE371380602451525 | 60.50 |
| 05/25/2009 | | Enterprise RentaCar | 333467397   850476053637138060245152 | 154.88 |
| 05/28/2009 | 8758 | Pam Fyfe | Lee | 243.75 |
| 05/28/2009 | | Nagle Warren | 16060     LODGING371380602451525 | 25.00 |
| 06/01/2009 | 052909 | Sharon P Andreoli, MD | Lee | 975.00 |
| 06/01/2009 | 410215 | Ron Jones Video Productions, LLC | Lee | 165.00 |
| 06/01/2009 | 8774 | Michael D Freeman, PhD, MPH, DC | Retainer | 8,250.00 |
| 06/02/2009 | | Amazon.com | VAHTYI4T9PF MERCHANDISE371380602451525 | 98.99 |
| 06/03/2009 | | Fed Ex | Postage | 71.67 |
| 06/03/2009 | | Fed Ex | Postage | 52.18 |
| 06/04/2009 | 105321 | Texas Medical Association | Lee | 21.65 |
| 06/04/2009 | Interest | | Interest | 293.15 |
| 06/05/2009 | 118627 | Wright Watson Sten-Tel | Lee | 1,307.40 |
| 06/05/2009 | 3-45694 | Legal Partners | Lee | 307.70 |
| 06/05/2009 | 3-45988 | Legal Partners | Lee | 324.20 |
| 06/08/2009 | 1197 | Legal Video of Wyoming | Lee | 560.40 |
| 06/08/2009 | 3-46116 | Legal Partners | Lee | 3,495.37 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 5 of 17

Archuleta & Associates, P.C.
Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 06/08/2009 | 426818 | Steven L Shore, MD | Lee | 790.00 |
| 06/09/2009 | 060609 | Lee Harrison, MD | Lee | 1,875.00 |
| 06/09/2009 | 3-46132 | Legal Partners | Lee | 147.76 |
| 06/12/2009 | 071209 | Houston Academy of Medicine | Lee | 296.00 |
| 06/12/2009 | 8815 | Pam Fyfe | Lee | 162.50 |
| 06/16/2009 | 2717 | Res IPSA | Lee | 709.95 |
| 06/16/2009 | 346506 | Legal Partners | Lee | 369.40 |
| 06/16/2009 | | LexisNexis | 0F4DRIRB090 ONLINEPUBLSH37138060245 | 150.26 |
| 06/18/2009 | 09-81 | Professional Reporting Network | Lee | 962.55 |
| 06/19/2009 | 2746 | Res IPSA | Lee | 709.95 |
| 06/23/2009 | 062209 | Michael D Freeman, PhD, MPH, DC | Lee | 550.00 |
| 06/23/2009 | 346929 | Legal Partners | Lee | 284.20 |
| 06/24/2009 | Postage | | Postage | 6.49 |
| 06/24/2009 | Postage | | Postage | 19.80 |
| 06/24/2009 | Postage | | Postage | 16.10 |
| 06/24/2009 | | AMERICAN AIRLINES | TKT# 0011570859374 37138060245 | 188.20 |
| 06/24/2009 | | CONTINENTAL AIRLINES | TKT# 0052185087023 37138060245 | 191.70 |
| 06/24/2009 | | CONTINENTAL AIRLINES | TKT# 0052185089880 37138060245 | 351.40 |
| 06/24/2009 | | CONTINENTAL AIRLINES | TKT# 0052185089880 37138060245 | 351.40 |
| 06/29/2009 | 010609-001296 | Scarab Consulting | Lee | 1,940.16 |
| 06/29/2009 | 346677 | Legal Partners | Lee | 259.40 |
| 06/29/2009 | 8839 | Pam Fyfe | Lee | 725.00 |
| 06/30/2009 | | AMERICAN AIRLINES | TKT# 0012306998008 37138060245 | 846.20 |
| 07/01/2009 | 8846 | Michael Archuleta | Reimburse for Depo - Stewart & Shoman Reporting | 1,377.08 |
| 07/01/2009 | | | 0000005854  (281)230-3400 37138060245 | 16.18 |
| 07/02/2009 | 347894 | Legal Partners | Lee | 140.50 |
| 07/02/2009 | 347895 | Legal Partners | Lee | 140.50 |
| 07/02/2009 | | AMERICAN AIRLINES | TKT# 0012601027133 37138060245 | 15.00 |
| 07/02/2009 | | Chevron | 7727837    0000000000 37138060245 | 7.39 |
| 07/02/2009 | | Courtyard Gulfport | 00000107000 LODGING 37138060245 | 178.08 |
| 07/02/2009 | | Fed Ex | Postage | 17.49 |
| 07/02/2009 | | HERTZ CAR RENTAL    AUSTIN | AUTOMOBILE RENT | 160.15 |
| 07/02/2009 | | Sallute Italian Rest | 10156320090 2288642500 37138060245 | 63.10 |
| 07/02/2009 | | | RESTAURANT 37138060245 | 18.75 |
| 07/02/2009 | | | RESTAURANT 37138060245 | 18.75 |
| 07/03/2009 | | AUSTIN CAB INC    AUSTIN | TAXICAB & LIMOUSINE 37138060245 | 61.40 |
| 07/03/2009 | | Fed Ex | Postage | 92.81 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 6 of 17

Archuleta & Associates, P.C.

## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 07/03/2009 | | Fed Ex | Postage | 20.54 |
| 07/03/2009 | | Fed Ex | Postage | 78.36 |
| 07/03/2009 | | Fed Ex | Postage | 78.36 |
| 07/03/2009 | | Fed Ex | Postage | 89.08 |
| 07/03/2009 | | Fed Ex | Postage | 84.03 |
| 07/07/2009 | 348159 | Legal Partners | Lee | 146.10 |
| 07/07/2009 | 8868 | The Dancel Group | Lee | 331.50 |
| 07/07/2009 | | | Copies | 5.50 |
| 07/08/2009 | 70809 | Michael D Freeman, PhD, MPH, DC | Lee | 4,400.00 |
| 07/08/2009 | | American Academy of Ped | 552511    8474344000371380602455 | 12.00 |
| 07/08/2009 | | CONTINENTAL AIRLINES | TKT# 0052185649443371380602455 | 357.40 |
| 07/08/2009 | | | Copies | 20.00 |
| 07/09/2009 | Interest | | Interest | 437.10 |
| 07/09/2009 | | Greater Austin Trans | TAXICAB | 64.00 |
| 07/10/2009 | | Fed Ex | Postage | 36.02 |
| 07/10/2009 | | Fed Ex | Postage | 36.02 |
| 07/10/2009 | | HERTZ CAR RENTAL   AUSTIN | AUTOMOBILE RENT | 112.42 |
| 07/10/2009 | | Renaissance Hotel | 40100057   404-881-60003713806245 | 30.66 |
| 07/10/2009 | | Renaissance Hotel | 9258       404-881-60003713806245 | 233.85 |
| 07/10/2009 | | Renaissance Hotel | 9258       404-881-60003713806245 | 233.85 |
| 07/10/2009 | | Renaissance Hotel | 9258       404-881-60003713806245 | 233.85 |
| 07/13/2009 | 8883 | Pam Fyfe | Lee | 75.00 |
| 07/14/2009 | 071355 | Houston Academy of Medicine | Lee | 264.00 |
| 07/14/2009 | | CONTINENTAL AIRLINES | TKT# 0057574030685371380602455 | 215.70 |
| 07/15/2009 | | | Copies | 10.00 |
| 07/16/2009 | 8889 | Tina M Breland, RPR, CSR | Lee | 450.15 |
| 07/16/2009 | | Greater Austin Trans | TAXICAB | 63.00 |
| 07/16/2009 | | LexisNexis | 0F6IVAY$090 ONLINEPUBLSH371380602451129 | 28.79 |
| 07/16/2009 | | Trial Guides. LLC | 35950017   5034193018371380602451525 | 104.69 |
| 07/21/2009 | 348630 | Legal Partners | Lee | 292.80 |
| 07/21/2009 | 430843 | Steven L Shore, MD | Lee | 3,150.00 |
| 07/21/2009 | 430846 | Steven L Shore, MD | Lee | 2,750.00 |
| 07/21/2009 | 430848 | Steven L Shore, MD | Lee | 2,700.00 |
| 07/21/2009 | 995650 | Rehabilitation Professional Consultants | Lee | 3,200.00 |
| 07/21/2009 | 995651 | Rehabilitation Professional Consultants | Lee | 2,300.00 |
| 07/21/2009 | | CHEVRON HRUSKAS 0208ELLINGER | 5025630    0000000000371380602455005 | 54.83 |
| 07/21/2009 | | LA Griglia | 799000565   7135264700371380602455005 | 172.38 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG Document 136-3 Filed 12/23/14 Page 7 of 17

## Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 07/21/2009 | | Willie G's Posr Oaik | 671000798   7138407190371380602455005 | 37.43 |
| 07/22/2009 | | Damian's | 14      RESTAURANT371380602455005 | 43.89 |
| 07/22/2009 | | Granduca Hotel | 684689     LODGING371380602455005 | 404.95 |
| 07/22/2009 | | Granduca Hotel | 684689     LODGING371380602455005 | 12.99 |
| 07/23/2009 | | EXXONMOBIL | fuel | 63.71 |
| 07/23/2009 | | Granduca Hotel | 697994     LODGING371380602455005 | -71.63 |
| 07/23/2009 | | Schlotzsky's | 735000769 7 830629281137138060245005 | 7.85 |
| 07/27/2009 | 72109 | Thomas Mayor, PhD | Lee | 2,000.00 |
| 07/28/2009 | | Chevron | 2252914    0000000000371380602455005 | 7.43 |
| 07/28/2009 | | CONTINENTAL AIRLINES | TKT# 0052186843002371380602451525 | 228.70 |
| 07/28/2009 | | Southwest Airlines Dallas | Air Fare | 146.60 |
| 07/29/2009 | | AMPCO SYSTEM PARKINGAUSTIN | 000008964   512530330037138060245 1525 | 28.00 |
| 07/30/2009 | | CONTINENTAL AIRLINES | TKT# 0052186943643371380602451525 | 342.70 |
| 07/30/2009 | | Southwest Airlines Dallas | TKT# 5262145214575371380602451525 | 202.20 |
| 07/31/2009 | 057-357-5775-00 | AT&T | 057-357-5775-001 | 412.28 |
| 07/31/2009 | AJE | | Copies | 50.00 |
| 07/31/2009 | | PACER800-676-6856IR 8006766856 | filing fee | 18.24 |
| 08/01/2009 | | HERTZ CAR RENTAL    AUSTIN | AUTOMOBILE RENT | 146.85 |
| 08/01/2009 | | Marriott Hotel | 11143     317-822-3500371380602451525 | 345.74 |
| 08/01/2009 | | Naked Chopstix | 43770112    3172416334371380602451525 | 12.50 |
| 08/02/2009 | | Marriott Hotel | 11645     LODGING371380602451525 | 220.01 |
| 08/03/2009 | AJE | | Copies | 20.00 |
| 08/04/2009 | 311227 | McCorkle Court Reporters, Inc. | Lee | 392.50 |
| 08/04/2009 | 349080 | Legal Partners | Lee | 38.15 |
| 08/04/2009 | 349316 | Legal Partners | Lee | 256.50 |
| 08/04/2009 | Interest | | Interest | 588.46 |
| 08/04/2009 | Postage | | Postage | 22.69 |
| 08/04/2009 | Postage | | Postage | 7.34 |
| 08/04/2009 | Postage | | Postage | 10.05 |
| 08/04/2009 | | JAY's Wolfe St | RESTAURANT371380602451525 | 5.35 |
| 08/05/2009 | | COURTYARD | 00000408002 LODGING371380602451525 | 293.89 |
| 08/05/2009 | | DELTA AIR LINES | TKT# 0060769008075371380602451525 | 20.00 |
| 08/05/2009 | | DELTA AIR LINES | TKT# 0062171000103371380602451525 | 586.20 |
| 08/05/2009 | | Dreams Bros | 045315747   713-355-3919371380602451053 | 15.00 |
| 08/05/2009 | | HERTZ CAR RENTAL Baltimore | AUTOMOBILE RENT | 115.96 |
| 08/05/2009 | | Southwest Airlines Dallas | TKT# 5262146217887371380602451525 | 181.70 |
| 08/06/2009 | 8944 | Michael D Freeman, PhD, MPH, DC | Trial Retainer | 275.00 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 8 of 17

Archuleta & Associates, P.C.

# Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 08/06/2009 | | Greater Austin Trans | TAXICAB | 64.75 |
| 08/06/2009 | | Greater Austin Trans | TAXICAB | 75.75 |
| 08/06/2009 | | Greater Austin Trans | TAXICAB | 67.00 |
| 08/08/2009 | | Greater Austin Trans | TAXICAB | 68.75 |
| 08/08/2009 | | HERTZ CAR RENTAL Philadelphia | AUTOMOBILE RENT | 164.55 |
| 08/08/2009 | | Marriott Hotel | 20810    LODGING371380602451525 | 364.08 |
| 08/08/2009 | | Southwest Airlines Dallas | TKT# 5262146991893371380602451525 | 561.30 |
| 08/12/2009 | 174981 | Trial Smith, Inc | Lee | 97.44 |
| 08/12/2009 | 6884 | Allegro Reporting Service, Inc. | Lee | 423.00 |
| 08/12/2009 | 80-050 | IDEX | Lee | 730.00 |
| 08/13/2009 | 283505 | Henjun Goucher Reporting Services, Inc | Lee | 1,652.00 |
| 08/13/2009 | 8952 | Pam Fyfe | Lee | 631.25 |
| 08/13/2009 | EP2371A | Federal Court Reporters of San Antonio | Lee | 403.00 |
| 08/13/2009 | | Greater Austin Trans | TAXICAB | 64.25 |
| 08/14/2009 | | Health Grades, Inc | Reference Material | 10.61 |
| 08/17/2009 | 312848 | McCorkle Court Reporters, Inc. | Lee | 477.40 |
| 08/19/2009 | 106472 | Esquire Deposition Services, LLC | Lee | 1,104.21 |
| 08/20/2009 | 283959 | Henjun Goucher Reporting Services, Inc | Lee | 1,359.00 |
| 08/20/2009 | 8963 | Michael D Freeman, PhD, MPH, DC | Depo Prep | 275.00 |
| 08/24/2009 | 283683 | Henjun Goucher Reporting Services, Inc | Lee | 1,695.95 |
| 08/24/2009 | SA08CA0531OC | Franzen & Roberts Reporting | Lee | 584.20 |
| 08/25/2009 | | Weber Grill Chicago | RESTAURANT371380602451525 | 76.50 |
| 08/28/2009 | 9002 | Pam Fyfe | Lee | 468.75 |
| 09/01/2009 | 284689 | Henjun Goucher Reporting Services, Inc | Lee | 1,470.25 |
| 09/01/2009 | 9008 | Rehabilitation Professional Consultants | Balance of Inv 995651 | 200.00 |
| 09/02/2009 | Interest | | Interest | 694.83 |
| 09/04/2009 | 285965 | Henjun Goucher Reporting Services, Inc | Lee | 1,315.25 |
| 09/04/2009 | 365 | LitiCorp | Lee | 183.46 |
| 09/10/2009 | 557 | List Court Reporting Service, Inc | Lee | 461.70 |
| 09/14/2009 | 9035 | Pam Fyfe | Lee | 137.50 |
| 09/15/2009 | | Amazon.com | Reference Material | 31.13 |
| 09/15/2009 | | Amazon.com | Reference Material | 17.99 |
| 09/15/2009 | | Health Grades, Inc | Reference Material | 10.61 |
| 09/17/2009 | 71682 | Houston Academy of Medicine | Lee | 160.00 |
| 09/17/2009 | | CONTINENTAL AIRLINES | TKT# 0052188938871371380602451525 | 423.70 |
| 09/18/2009 | | Amazon.com | Reference Material | 48.99 |
| 09/18/2009 | | AMERICAN AIRLINES | TKT# 00126010271333 7138060245 | 987.40 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 9 of 17

Archuleta & Associates, P.C.

## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 09/18/2009 | | AUSTIN-BERGSTROM INTAUSTIN | 0000009806  (512)530-2908371380602451178 | 8.31 |
| 09/18/2009 | | Delia's | | 37.61 |
| 09/18/2009 | | EXXONMOBIL | Fuel | 6.30 |
| 09/18/2009 | | Fed Ex | Postage | 44.95 |
| 09/18/2009 | | Greater Austin Trans | TAXICAB | 73.75 |
| 09/18/2009 | | Greater Austin Trans | TAXICAB | 71.50 |
| 09/18/2009 | | Greater Austin Trans | TAXICAB | 69.75 |
| 09/18/2009 | | Greater Austin Trans | TAXICAB | 63.75 |
| 09/18/2009 | | HARRY CARAYS RESTA 5CHICAGO | | 18.00 |
| 09/18/2009 | | HERTZ CAR RENTAL   AUSTIN | AUTOMOBILE RENT | 59.77 |
| 09/18/2009 | | Marriott Arlington | | 214.09 |
| 09/18/2009 | | Sprinnghill Suites | | 171.95 |
| 09/18/2009 | | UNITED AIRLINES     CHICAGO | | 598.20 |
| 09/18/2009 | | UNITED AIRLINES     CHICAGO | | 29.00 |
| 09/18/2009 | | Weber Grill Chicago | | 76.50 |
| 09/18/2009 | | YELLOW CAB 1020237  FORT WORTH | | 28.55 |
| 09/18/2009 | | YELLOW CAB 1020237  FORT WORTH | | 30.00 |
| 09/18/2009 | | YELLOW CAB 1020237  FORT WORTH | | 34.15 |
| 09/21/2009 | 287733 | Henjun Goucher Reporting Services, Inc | Lee | 936.80 |
| 09/21/2009 | 287748 | Henjun Goucher Reporting Services, Inc | | 1,513.50 |
| 09/23/2009 | | Amazon.com | Reference Material | 33.99 |
| 09/29/2009 | 286731 | Henjun Goucher Reporting Services, Inc | Lee | 1,462.15 |
| 09/29/2009 | 289046 | Henjun Goucher Reporting Services, Inc | Lee | 1,614.75 |
| 09/29/2009 | | CONTINENTAL AIRLINES | TKT# 00521894261603713806024515251525 | 452.20 |
| 09/29/2009 | | Southwest Airlines Dallas | TKT# 526215439697937138060245 1525 | -450.20 |
| 10/01/2009 | | Greater Austin Trans | TAXICAB | 70.00 |
| 10/01/2009 | | LACapitale | 38680066   510292111537138060245 1525 | 160.95 |
| 10/02/2009 | 288751 | Henjun Goucher Reporting Services, Inc | Lee | 982.07 |
| 10/02/2009 | Interest | | Interest | 750.60 |
| 10/02/2009 | | HERTZ CAR RENTAL    AUSTIN | AUTOMOBILE RENT | 209.11 |
| 10/03/2009 | | CONTINENTAL AIRLINES | Air Fare | 150.00 |
| 10/05/2009 | | Amazon.com | Reference Material | 51.53 |
| 10/05/2009 | | CONTINENTAL AIRLINES | TKT# 00529212380523713806024515 25 | 50.00 |
| 10/07/2009 | 100109 | Sharon P Andreoli, MD | Lee | 5,606.25 |
| 10/07/2009 | 9058 | Legal Partners | Balance Inv 346929 | 100.00 |
| 10/07/2009 | | Fed Ex | Postage | 44.95 |
| 10/08/2009 | | Fed Ex | Postage | 37.78 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 10 of 17

Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 10/08/2009 | | Fed Ex | Postage | 63.70 |
| 10/13/2009 | 101309 | Michael D Freeman, PhD, MPH, DC | Depo Prep | 5,500.00 |
| 10/16/2009 | | Lexis Nexis | 0FCFQLSC090 ONLINEPUBLSH371380602451129 | 10.48 |
| 10/17/2009 | | Health Grades, Inc | Reference Material | 10.61 |
| 10/20/2009 | | Fed Ex | Postage | 60.60 |
| 10/21/2009 | | Greater Austin Trans | TAXICAB | 170.00 |
| 10/21/2009 | | MARRIOTT Minneapolis | 511     LODGING371380602451525 | 226.41 |
| 10/21/2009 | | Northwest Airlines | TKT# 0122925855062371380602451525 | 50.00 |
| 10/22/2009 | 9113 | Limelight Video Productions | Invoice 0910005 | 172.50 |
| 10/23/2009 | | DELTA AIR LINES | TKT# 0062315810701371380602451178 | 1,168.70 |
| 10/27/2009 | EP2372A | Federal Court Reporters of San Antonio | Lee | 334.15 |
| 10/29/2009 | 293346 | Henjun Goucher Reporting Services, Inc | Lee | 644.75 |
| 11/05/2009 | Interest | | Interest | 908.65 |
| 11/06/2009 | 293332 | Henjun Goucher Reporting Services, Inc | Lee | 550.10 |
| 11/10/2009 | 34181 | Teach Reporting, Inc. | Lee | 1,017.25 |
| 11/11/2009 | 100209 | Mark R Schleiss, MD | Lee | 3,150.00 |
| 11/12/2009 | 9155 | Pam Fyfe | Lee | 50.00 |
| 11/15/2009 | | Fed Ex | Postage | 23.73 |
| 11/16/2009 | Postage | | Postage | 9.90 |
| 11/16/2009 | Postage | | Postage | 10.05 |
| 11/17/2009 | | Lexis Nexis | 0FES@IN0091 ONLINEPUBLSH371380602451129 | 20.00 |
| 11/18/2009 | 072012 | Houston Academy of Medicine | Lee | 25.00 |
| 11/18/2009 | 11/16/06 | Michael D Freeman, PhD, MPH, DC | Depo Prep | 1,650.00 |
| 11/24/2009 | | COURTYARD | 00002311000 LODGING371380602452218 | 183.80 |
| 12/01/2009 | DM1146A | Federal Court Reporters of San Antonio | Lee | 243.92 |
| 12/01/2009 | | | Correct Fed Ex Chg | 17.66 |
| 12/02/2009 | 11179 | Thomas Mayor, PhD | Lee | 1,000.00 |
| 12/03/2009 | Interest | | Interest | 986.26 |
| 12/11/2009 | 9211 | Legal Video Services, Inc. | VOID: Lee | 0.00 |
| 12/12/2009 | | Viking Transport | TAXICAB | 44.00 |
| 12/13/2009 | | Radisson University | 763519    612-379-8888371380602451525 | 234.14 |
| 12/14/2009 | 9216 | Pam Fyfe | Lee | 143.75 |
| 12/14/2009 | | Hilton Full Service | 0000468134- 952-854-2100371380602451525 | 127.43 |
| 12/14/2009 | | UNITED AIRLINES    CHICAGO | TKT# 0164511335082371380602451525 | 20.00 |
| 12/18/2009 | | Fed Ex | Postage | 22.07 |
| 12/18/2009 | | Health Grades, Inc | Reference Material | 10.61 |
| 12/18/2009 | | Shell Oil | Fuel | 49.54 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 11 of 17

Archuleta & Associates, P.C.

**Case Expenses: Lee**

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 12/21/2009 | 9245 | Legal Video Services, Inc. | Lee | 230.39 |
| 12/29/2009 | 9254 | Pam Fyfe | Lee | 25.00 |
| 01/04/2010 | 010410 | Mark R Schleiss, MD | Lee | 2,550.00 |
| 01/04/2010 | Interest | | Interest | 986.26 |
| 01/06/2010 | BDH1394A | Federal Court Reporters of San Antonio | Lee | 382.60 |
| 01/06/2010 | bdn1393a | Federal Court Reporters of San Antonio | Lee | 513.60 |
| 01/07/2010 | 256VL10 | Virginia Ledford | Lee | 726.75 |
| 01/07/2010 | GKM698A | Federal Court Reporters of San Antonio | Lee | 44.08 |
| 01/09/2010 | | Lakeway Inn 00000000Austin | 0000700011  (512)261-7380371380602452218 | 206.70 |
| 01/10/2010 | | Fed Ex | Postage | 24.70 |
| 01/12/2010 | DM11446A | Federal Court Reporters of San Antonio | Lee | 246.36 |
| 01/13/2010 | | Fed Ex | Postage | 42.20 |
| 01/13/2010 | | UNITED AIRLINES     ROSEMONT | TKT# 0162101843403371380602452218 | 1,174.80 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319035158371380602452218 | 565.40 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319124114371380602452218 | 285.80 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319351828371380602452218 | 249.40 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319361788371380602452218 | 285.80 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319530109371380602452218 | 285.80 |
| 01/15/2010 | | DELTA AIR LINES | TKT# 0062319688462371380602452218 | 130.00 |
| 01/16/2010 | | LEXIS NEXIS       ONLINEPUBLSH | Lee | 381.17 |
| 01/18/2010 | 072263 | Houston Academy of Medicine | Lee | 30.00 |
| 01/19/2010 | 011910 | Chris Clardy, MD | Lee | 3,000.00 |
| 01/19/2010 | 2905 | Res IPSA | Lee | 1,791.21 |
| 01/19/2010 | 9316 | Denver Roden | Lee | 211.70 |
| 01/19/2010 | | Amazon.com | Reference Material | 11.49 |
| 01/19/2010 | | SOUTHWEST AIRLINES   DALLAS | TKT# 5260632258167371380602451525 | 10.00 |
| 01/19/2010 | | SOUTHWEST AIRLINES   DALLAS | TKT# 5260632258168371380602451525 | 10.00 |
| 01/19/2010 | | SOUTHWEST AIRLINES   DALLAS | TKT# 5262176623704371380602451525 | 306.10 |
| 01/20/2010 | | Lakeway Inn 00000000Austin | 0000709066  (512)261-7380371380602452218 | 83.00 |
| 01/20/2010 | | Lakeway Inn 00000000Austin | 0000710508  (512)261-7380371380602452218 | 3.79 |
| 01/20/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12958699003512-263-7199371380602452218 | 67.00 |
| 01/22/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12958935003512-263-7199371380602452218 | 7.35 |
| 01/22/2010 | | OFFICEMAX, INC. 0291512-331-1719 | 02918021001512-331-1719371380602452218 | 46.66 |
| 01/23/2010 | | BLUMBERG EXCELSIOR INEW YORK | 01176571   2124315000371380602452218 | 76.11 |
| 01/23/2010 | | OFFICE DEPOT     CEDAR PARK | 777015276 RETAIL371380602452218 | 58.64 |
| 01/23/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12952416004512-263-7199371380602452218 | 62.22 |
| 01/24/2010 | | Fed Ex | Postage | 15.28 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG   Document 136-3   Filed 12/23/14   Page 12 of 17

Archuleta & Associates, P.C.
Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 01/25/2010 | 010410 | Mark R Schleiss, MD | Lee | 2,400.00 |
| 01/25/2010 | 012510 | Michael D Freeman, PhD, MPH, DC | Lee | 3,575.00 |
| 01/26/2010 | | GREATER AUSTIN TRANSAUSTIN | TAXICAB | 70.25 |
| 01/26/2010 | | GREATER AUSTIN TRANSAUSTIN | TAXICAB | 69.15 |
| 01/26/2010 | | | Copies | 138.60 |
| 01/27/2010 | 9338 | Sharon P Andreoli, MD | Lee | 4,150.00 |
| 01/27/2010 | | Fed Ex | Postage | 39.12 |
| 01/27/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12959537003512-263-7199371380602452218 | 199.12 |
| 01/28/2010 | 9340 | Pam Fyfe | Lee | 187.50 |
| 01/29/2010 | 012810 | Michael D Freeman, PhD, MPH, DC | Balance of Trial Retainer | 7,225.00 |
| 01/29/2010 | 2889 | Res IPSA | Trial Retainer | 5,412.50 |
| 01/29/2010 | | EMILY MORGAN HOTELS SAN ANTONIO | 00093464   210-225-8486371380602452218 | 6,078.80 |
| 01/29/2010 | | OFFICE DEPOT      CEDAR PARK | 777124895 RETAIL371380602452218 | 138.52 |
| 01/29/2010 | | SOUTHWEST AIRLINES   DALLAS | TKT# 526217893912137138060245218 | 78.00 |
| 01/29/2010 | | TEXAS MEDICAL ASSOCIAUSTIN | 00000000001 800-8801300371380602452218 | 37.89 |
| 01/31/2010 | | Fed Ex | Postage | 28.89 |
| 02/01/2010 | Interest | | Interest | 1,215.78 |
| 02/02/2010 | 119431 | Wright Watson Sten-Tel | Lee | 1,165.70 |
| 02/02/2010 | 2934 | Res IPSA | Lee | 674.80 |
| 02/02/2010 | 303686 | Henjun Goucher Reporting Services, Inc | Lee | 1,034.79 |
| 02/02/2010 | | DELTA AIR LINES | TKT# 006232003413371380602452218 | 566.20 |
| 02/03/2010 | | AMERICAN MUSIC CITY NASHVILLE | 82530032   615-742-3030371380602451525 | 30.00 |
| 02/03/2010 | | CAFE LAGO 0097001200AUSTIN | Trial Prep | 53.36 |
| 02/03/2010 | | Fed Ex | Postage | 28.54 |
| 02/03/2010 | | Fed Ex | Postage | 22.20 |
| 02/03/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12950401003512-263-7199371380602451129 | 242.61 |
| 02/04/2010 | | IDPROTECT MNTR SVC  877-974-1563 | 27884455   MEMBERSHIP371380602452218 | 19.95 |
| 02/04/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12953764004512-263-7199371380602452218 | 147.68 |
| 02/04/2010 | | RUDY'S CO STORE & BBAUSTIN | Trial Prep | 46.55 |
| 02/05/2010 | 303972 | Henjun Goucher Reporting Services, Inc | Lee | 1,915.00 |
| 02/05/2010 | | OFFICE DEPOT      CEDAR PARK | 777022562 RETAIL371380602452218 | 53.31 |
| 02/05/2010 | | OFFICEMAX, INC 1295 512-263-7199 | 12953883004512-263-7199371380602452218 | 51.90 |
| 02/05/2010 | | | Petty Cash for Trial | 500.00 |
| 02/07/2010 | | CHILI'S GRILL#497   SAN ANTONIO | 27965191   1-800-983-4637371380602452218 | 44.86 |
| 02/07/2010 | | HEB GROCERY #372 674SAN ANTONIO | Trial Expense | 91.51 |
| 02/07/2010 | | OFFICEMAX, INC. 0855210-821-6551 | 08556033002210-821-6551371380602452218 | 108.11 |
| 02/07/2010 | | SALTGRASS RIVER WALKSAN ANTONIO | meal | 51.60 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG  Document 136-3  Filed 12/23/14  Page 13 of 17

Archuleta & Associates, P.C.

## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 02/07/2010 | | WAL-MART 2404    SAN ANTONIO | Trial Supplies | 34.64 |
| 02/08/2010 | 335063 | McCorkle Court Reporters, Inc. | Lee | 25.00 |
| 02/08/2010 | 9953885 | Rehabilitation Professional Consultants | Court Appearance | 3,200.00 |
| 02/08/2010 | | CVS | Trial Supplies | 31.72 |
| 02/08/2010 | | THE ORIGINAL MEXICANSAN ANTONIO | 00000000001 RESTAURANT371380602452218 | 51.27 |
| 02/09/2010 | | AMERICAN AIRLINES | TKT# 0012357873977371380602452218 | 94.70 |
| 02/09/2010 | | AMERICAN AIRLINES | TKT# 0012357876099371380602452218 | 573.40 |
| 02/09/2010 | | PAESANOS RIVERWALK  SAN ANTONIO | 85101590040 210-227-2782371380602452218 | 298.32 |
| 02/10/2010 | | AMERICAN AIRLINES | TKT# 0012357895511371380602452218 | 776.40 |
| 02/10/2010 | | AMERICAN AIRLINES | TKT# 0017737456654371380602452218 | 94.70 |
| 02/10/2010 | | UNITED AIRLINES    SAN ANTONI | TKT# 0167737464828371380602452218 | 412.70 |
| 02/11/2010 | | RITAS ON THE RIVER 6SAN ANTONIO | 10156320100 2102277482371380602452218 | 51.00 |
| 02/12/2010 | 021110 | Mark R Schleiss, MD | Lee | 8,000.00 |
| 02/12/2010 | 9364 | Pam Fyfe | Lee | 150.00 |
| 02/13/2010 | | EMILY MORGAN HOTELS SAN ANTONIO | 00094166   210-225-8486371380602452218 | 428.99 |
| 02/13/2010 | | EMILY MORGAN HOTELS SAN ANTONIO | 00094167   210-225-8486371380602452218 | 239.75 |
| 02/13/2010 | | MURPHYS DELI 0500000SAN ANTONIO | 074000076   2102992600371380602452218 | 702.93 |
| 02/13/2010 | | SHELL OIL 4255532497NEW BRAUNFE | fuel | 55.97 |
| 02/15/2010 | | ABEL'S ON THE LAKE 3AUSTIN | 235000319 2 5122890959371380602452218 | 57.74 |
| 02/15/2010 | | Enterprise RentaCar | 393881862   5123949972371380602452218 | 1,020.61 |
| 02/17/2010 | 13899 | The Exhibit Company | Lee | 5,311.25 |
| 02/18/2010 | 021110 | Mark R Schleiss, MD | Lee | 3,000.00 |
| 02/19/2010 | | EMILY MORGAN HOTELS SAN ANTONIO | 00094069   210-225-8486371380602451525 | 145.62 |
| 02/22/2010 | 454085 | Steven L Shore, MD | Lee | 9,000.00 |
| 02/24/2010 | 0223110 | Michael D Freeman, PhD, MPH, DC | Lee Trial Exp | 513.74 |
| 02/24/2010 | | EMILY MORGAN HOTELS SAN ANTONIO | 00096090   210-225-8486371380602452218 | 2,990.70 |
| 02/25/2010 | 021010 | Thomas Mayor, PhD | Lee | 3,825.00 |
| 02/25/2010 | 022310 | Michael D Freeman, PhD, MPH, DC | Lee | 1,725.00 |
| 02/27/2010 | | WATERS EDGE RESTARUALAKEWAY | 10156420100 5122613444371380602455005 | 144.35 |
| 03/02/2010 | 0101-10-000032 | Scarab Consulting | Lee | 2,497.40 |
| 03/03/2010 | Interest | | Interest | 1,627.89 |
| 03/05/2010 | | IDPROTECT MNTR SVC  877-974-1563 | 29116495   MEMBERSHIP371380602452218 | 19.95 |
| 03/11/2010 | 21510 | Sharon P Andreoli, MD | Trial Testimony | 5,200.80 |
| 03/17/2010 | EP2418A | Federal Court Reporters of San Antonio | Lee | 362.20 |
| 03/25/2010 | 10210-000114 | Scarab Consulting | Lee | 3,690.72 |
| 03/25/2010 | VV32914A | Federal Court Reporters of San Antonio | Lee | 60.00 |
| 03/26/2010 | 2954 | Res IPSA | Lee | 7,584.26 |

3:19 PM
07/29/13
Cash Basis

Case 5:08-cv-00531-OLG  Document 136-3  Filed 12/23/14  Page 14 of 17

Archuleta & Associates, P.C.

## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---:|
| 03/26/2010 | 2960 | Res IPSA | Lee | 6,440.88 |
| 04/02/2010 | Interest | | Interest | 1,627.89 |
| 04/02/2010 | | Fed Ex | Postage | 15.35 |
| 04/07/2010 | 2996 | Res IPSA | Lee | 192.64 |
| 04/07/2010 | 3007 | Res IPSA | Lee | 284.17 |
| 04/23/2010 | 9502 | Chris Clardy, MD | Replaces check # 9391 | 3,095.00 |
| 04/28/2010 | | Fed Ex | Postage | 24.88 |
| 04/30/2010 | | | Reference Material | 8.84 |
| 05/03/2010 | Interest | | Interest | 1,821.16 |
| 05/18/2010 | 10-018 | Maurice D West, CSR, RPR | Trial Transcript | 2,628.84 |
| 05/21/2010 | | DELTA AIR LINES | TKT# 0062327991610371380602452218 | 178.40 |
| 05/21/2010 | | DELTA AIR LINES | TKT# 0062327991611371380602452218 | 178.40 |
| 05/21/2010 | | DELTA AIR LINES | TKT# 0062327991612371380602452218 | 178.40 |
| 05/21/2010 | | DELTA AIR LINES | TKT# 0062327991613371380602452218 | 178.40 |
| 05/21/2010 | | HERTZ CAR RENTAL   HERTZ PPAY | AUTOMOBILE RENT | 81.19 |
| 05/21/2010 | | US AIRWAYS        PHOENIX | TKT# 0372389382529371380602452218 | 173.90 |
| 05/21/2010 | | US AIRWAYS        PHOENIX | TKT# 0372389382530371380602452218 | 173.90 |
| 05/21/2010 | | US AIRWAYS        PHOENIX | TKT# 0372389382531371380602452218 | 173.90 |
| 05/21/2010 | | US AIRWAYS        PHOENIX | TKT# 0372389382532371380602452218 | 173.90 |
| 06/01/2010 | Interest | | Interest | 1,882.79 |
| 06/02/2010 | 9587 | Cynthia Mason | Mileage & Trial Closing Exp | 108.75 |
| 06/02/2010 | | COURTYARD | 00000106000 LODGING371380602452218 | 220.66 |
| 06/02/2010 | | MI TIERRA CAFE    SAN ANTONIO | RESTAURANT371380602451178 | 169.14 |
| 06/18/2010 | 3086 | Res IPSA | Lee | 2,545.22 |
| 07/01/2010 | Interest | | Interest 07-01-10 | 1,892.39 |
| 08/02/2010 | Interest | | Interest | 1,881.10 |
| 08/03/2010 | 10-046 | Maurice D West, CSR, RPR | Closing Arguments Transcript | 271.32 |
| 09/02/2010 | Interest | | Interest | 1,963.13 |
| 10/01/2010 | Interest | | Interest | 1,974.92 |
| 11/01/2010 | Interest | | Interest | 1,989.36 |
| 12/01/2010 | Interest | | Interest | 1,989.36 |
| 12/31/2010 | Interest | | Interest | 2,001.31 |
| 02/01/2011 | Interest | | Interest | 2,001.31 |
| 03/01/2011 | Interest | | Interest | 2,042.52 |
| 04/01/2011 | Interest | | Interest | 2,042.52 |
| 05/03/2011 | Interest | | Interest | 2,042.52 |
| 06/01/2011 | Interest | | Interest | 2,083.33 |

# Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 07/01/2011 | Interest | | Interest | 2,083.33 |
| 08/01/2011 | Interest | | Interest | 2,111.08 |
| 09/01/2011 | Interest | | Interest | 2,111.08 |
| 10/03/2011 | Interest | | Interest | 2,152.04 |
| 11/01/2011 | Interest | | Interest | 2,152.04 |
| 12/01/2011 | Interest | | Interest | 2,152.04 |
| 01/03/2012 | Interest | | Interest | 2,195.30 |
| 02/01/2012 | Interest | | Interest | 2,195.30 |
| 03/01/2012 | Interest | | Interest | 2,195.30 |
| 04/03/2012 | Interest | | Interest | 2,239.43 |
| 05/02/2012 | Interest | | Interest | 2,239.43 |
| 06/01/2012 | Interest | | Interest | 2,269.43 |
| 07/02/2012 | Interest | | Interest | 2,284.64 |
| 08/01/2012 | Interest | | Interest | 2,284.64 |
| 08/31/2012 | Interest | | Interest | 2,284.64 |
| 10/01/2012 | Interest | | Interest | 2,284.64 |
| 11/01/2012 | Interest | | Interest | 2,345.87 |
| 12/03/2012 | Interest | | Interest | 2,345.87 |
| 01/02/2013 | Interest | | Interest | 2,363.11 |
| 01/31/2013 | | Fed Ex | Postage | 16.56 |
| 02/01/2013 | Interest | | Interest | 2,378.96 |
| 03/01/2013 | Interest | | Interest | 2,394.80 |
| 04/01/2013 | Interest | | Interest | 2,410.75 |
| 05/01/2013 | Interest | | May 2013 Interest | 2,426.81 |
| 06/01/2013 | Interest | Archuleta & Associates, P. C. | June 2013 Interest | 2,442.97 |
| 07/01/2013 | Interest | Archuleta & Associates, P. C. | July 2013 Interest | 2,459.24 |
| 07/30/2013 | MA-51236 | Fed Ex | Postage | 26.69 |
| 08/01/2013 | Interest | Archuleta & Associates, P. C. | August 2013 Interest | 2,475.80 |
| 08/16/2013 | MA-51236 | Fed Ex | Postage | 14.02 |
| 09/01/2013 | Interest | Archuleta & Associates, P. C. | September 2013 Interest | 2,492.38 |
| 10/01/2013 | Interest | Archuleta & Associates, P. C. | October 2013 Interest | 2,508.98 |
| 11/01/2013 | Interest | Archuleta & Associates, P. C. | November 2013 Interest | 2,525.69 |
| 12/01/2013 | Interest | Archuleta & Associates, P. C. | December 2013 Interest | 2,542.51 |
| 12/31/2013 | 1312975499 | Lexis Nexis | reference material | 329.96 |
| 01/01/2014 | Interest | Archuleta & Associates, P. C. | January 2014 Interest | 1,923.15 |
| 01/08/2014 | MA-51236 | Fed Ex | postage | 18.27 |
| 01/17/2014 | Jamal | Kelly, Durham & Pittard, LLP | appellate attorney | 20,000.00 |

# Archuleta & Associates, P.C.
## Case Expenses: Lee

| Date | Num | Name | Memo | Paid Amount |
|---|---|---|---|---|
| 02/01/2014 | Interest | Archuleta & Associates, P. C. | February 2014 Interest | 2,032.86 |
| 02/05/2014 | 13957 | Pacer Service Center | reference materials | 2.40 |
| 03/01/2014 | Interest | Archuleta & Associates, P. C. | March 2014 Interest | 2,043.04 |
| 03/19/2014 | Jamal | Kelly, Durham & Pittard, LLP | JAMAL ALSAFFAR-52523-2149468000 | 2,980.00 |
| 04/01/2014 | Interest | Archuleta & Associates, P. C. | April 2014 Interest | 2,068.15 |
| 04/07/2014 | MA1730-Q12014 | Pacer Service Center | reference material | 10.40 |
| 04/24/2014 | Jamal | Kelly, Durham & Pittard, LLP | appellate attorney | 6,165.00 |
| 04/30/2014 | Interest | Archuleta & Associates, P. C. | May 2014 Interest | 2,039.06 |
| 06/01/2014 | Interest | Archuleta & Associates, P. C. | June 2014 Interest | 2,119.56 |
| 07/01/2014 | Interest | Archuleta & Associates, P. C. | July 2014 Interest | 2,130.16 |
| 08/01/2014 | Interest | Archuleta & Associates, P. C. | August 2014 Interest | 2,140.81 |
| 09/01/2014 | Interest | Archuleta & Associates, P. C. | September 2014 Interest | 2,151.52 |
| 10/01/2014 | Interest | Archuleta & Associates, P. C. | October 2014 Interest | 2,162.27 |
| 11/01/2014 | Interest | Archuleta & Associates, P. C. | November 2014 Interest | 2,173.08 |
| 12/01/2014 | Interest | Archuleta & Associates, P. C. | December 2014 Interest | 2,183.95 |
| Total Lee | | | | 438,974.18 |

2:32 PM
12/23/14
Accrual Basis

# WHBCA&H Client Expense Account
# Account QuickReport
## All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **Lee, Clarence** | | | | | |
| **Court Costs** | | | | | |
| Check | 8/26/2014 | 4128 | Chase Card Services (old staff) | Pacer billings, 2nd quarter | 5.10 |
| Check | 12/17/2014 | 4523 | Brin & Brin | Mediation services | 1,560.00 |
| Bill | 12/18/2014 | Pacer | WHBCA&H | Pacer charges, 3rd qtr | 7.80 |
| **Total Court Costs** | | | | | 1,572.90 |
| **Interest** | | | | | |
| Check | 10/14/2014 | 4200 | Frost Bank | interest due 10/9 | 16.03 |
| Check | 11/11/2014 | 4251 | Frost Bank | interest due 11/9 | 12.76 |
| Check | 12/10/2014 | 4514 | Frost Bank | interest due 12/9/14 | 12.54 |
| Bill | 12/22/2014 | Lee | Frost Bank | anticipated interest thru 12/31/14 | 33.68 |
| **Total Interest** | | | | | 75.01 |
| **Operating** | | | | | |
| Bill | 7/31/2014 | copier | WHBCA&H | July copier charges | 0.50 |
| Bill | 10/24/2014 | copier... | WHBCA&H | October copier charges thru 10/20/14 | 1.25 |
| Bill | 1/1/2015 | Lee | WHBCA&H | anticipated operating charges | 200.00 |
| **Total Operating** | | | | | 201.75 |
| **Professional Services** | | | | | |
| Check | 6/13/2014 | 4033 | Kelly, Durham & Pittard, L.L.P. | Inv. 10291 | 870.00 |
| Check | 7/3/2014 | 4060 | Kelly, Durham & Pittard, L.L.P. | Inv. 10265 | 0.00 |
| Check | 12/29/2014 | | Johnson Jordan Cresswell Monk, PC | Inv. #29914, services re Special Needs Trust | 3,500.00 |
| **Total Professional Services** | | | | | 4,370.00 |
| **Research** | | | | | |
| Check | 7/23/2014 | 4085 | Thomson Reuters - West | Westlaw charges in June | 84.17 |
| Check | 8/13/2014 | 4100 | Thomson Reuters - West | Westlaw research in July | 375.57 |
| Check | 9/16/2014 | 4156 | Thomson Reuters - West | Westlaw research in August | 17.70 |
| Check | 10/16/2014 | 4202 | Thomson Reuters - West | Westlaw research in September | 12.34 |
| Check | 12/10/2014 | 4513 | Thomson Reuters - West | Westlaw research in October | 0.80 |
| Check | 12/29/2014 | | Thomson Reuters - West | Westlaw research in November | 6.17 |
| **Total Research** | | | | | 496.75 |
| **Travel** | | | | | |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | Southwest Airlines, travel date 8/4 | 840.40 |
| Check | 8/14/2014 | 4101 | Chase Card Services (TJ) | HEB Gas, Waco, TX 7/30 | 30.39 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | DNC Travel, Austin, 8/4 | 14.02 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | Emerils, New Orleans, LA, 8/4 | 332.79 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | Alliance Cab Service, New Orleans, LA 8/4 | 39.60 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | Patio Cab Service, New Orleans, LA 8/5 | 50.40 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | Yellow Cab of Austin, 8/5 | 76.40 |
| Check | 8/28/2014 | 4132 | Chase Card Services (JA) | Renaissance Hotels, New Orleans, LA 8/6 | 235.60 |
| Check | 9/10/2014 | 4152 | Thelma Alvarado | reimburse Southwest Airlines travel date 8/4 charge | 447.20 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | DNC Travel, 8/4 | 7.76 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Southwest Airlines, 8/5 travel date | 56.00 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Southwest Airlines, 8/5 travel date | 56.00 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Renaissance Hotels, New Orleans, LA, 8/6 | 178.78 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Renaissance Hotels, New Orleans, LA, 8/6 | 177.48 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | AMB Parking, Austin, 8/5 | 14.00 |
| Check | 9/10/2014 | 4153 | Chase Card Services (TJ) | Renaissance Hotel, New Orleans, LA, 8/5 | 57.19 |
| **Total Travel** | | | | | 2,614.01 |
| **Total Lee, Clarence** | | | | | 9,330.42 |
| **TOTAL** | | | | | 9,330.42 |